B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–30494**
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Siegmund Hirsekorn | Linda R Hirsekorn |
| 2412 Stallion Court | fka Linda R Stevens |
| Grayslake, IL 60030 | 2412 Stallion Court |
| | Grayslake, IL 60030 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–0190                            xxx–xx–2564

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: June 18, 2015                    Jeffrey P. Allsteadt, Clerk
                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Siegmund Hirsekorn  
Linda R Hirsekorn  
     Debtors

Case No. 12-30494-ABG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 2     Date Rcvd: Jun 18, 2015  
                     Form ID: b18w      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2015.
```
db/jdb         +Siegmund Hirsekorn,    Linda R Hirsekorn,    2412 Stallion Court,    Grayslake, IL 60030-9332
19261545       +1700 Deer Creek Condominium Association,    750 Lake Cook Road, Suite 350,
                 Buffalo Grove, IL 60089-2088
19673527       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
19261547      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                 (address filed with court:  Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196)
19261548       +NorthShore University Health System,    9523 Eagle Way,    Chicago, IL 60678-1095
19261550       +Well Fargo Auto Finance,    P.O. Box 7648,    Boise, ID 83707-1648
19261552       +Wells Fargo Home Mortgage,    P.O. Box 10368,    Des Moines, IA 50360-0001
19281882       +Wells Fargo Bank, N.A./Deutsche,    Andrew J Nelson,    PIERCE & ASSOCIATES PC,
                 1 N Dearborn Ste 1300,    Chgo IL 60602-4373
19261553       +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19261546        EDI: CAPITALONE.COM Jun 19 2015 00:23:00      Capital One,    Po Box 85520,    Richmond, VA 23285
19496333        EDI: CAPITALONE.COM Jun 19 2015 00:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
19398749       +EDI: TSYS2.COM Jun 19 2015 00:23:00      Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
19688737        EDI: PRA.COM Jun 19 2015 00:23:00      Portfolio Recovery Associates, LLC,    c/o Capital One, Na,
                 POB 41067,    Norfolk VA 23541
19675301        EDI: PRA.COM Jun 19 2015 00:23:00      Portfolio Recovery Associates, LLC,    c/o Tjx Credit Card,
                 POB 41067,    Norfolk VA 23541
20365704       +EDI: PRA.COM Jun 19 2015 00:23:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
19498101        EDI: Q3G.COM Jun 19 2015 00:23:00      Quantum3 Group LLC as agent for,
                 World Financial Network Bank,    PO Box 788,    Kirkland, WA  98083-0788
19261549       +EDI: RMSC.COM Jun 19 2015 00:23:00      TJ Max,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
19261551       +EDI: WFFC.COM Jun 19 2015 00:23:00      Wells Fargo,    P.O. Box 4050,
                 Coraopolis, PA 15108-6944
19261554       +EDI: WFNNB.COM Jun 19 2015 00:23:00      World Financial Network Bank,    Po Box 182273,
                 Columbus, OH 43218-2273
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2015 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Mohammed O Badwan    on behalf of Joint Debtor Linda R Hirsekorn mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Mohammed O Badwan    on behalf of Debtor Siegmund  Hirsekorn mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```

Case 12-30494    Doc 45    Filed 06/18/15    Entered 06/20/15 23:31:07    Desc Imaged
Certificate of Notice    Page 4 of 4

```
District/off: 0752-1           User: arodarte              Page 2 of 2                  Date Rcvd: Jun 18, 2015
                               Form ID: b18w               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Toni   Townsend    on behalf of Creditor   WELLS FARGO BANK toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com

                                                    TOTAL: 6